IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANNRAE B.,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:25-cv-32

District Judge Michael J. Newman
Magistrate Judge Elizabeth Preston Deavers

---

**ORDER: (1) GRANTING THE PARTIES' JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 14); (2) AWARDING EAJA FEES TO PLAINTIFF IN THE TOTAL AMOUNT OF $5,100.00; (3) TERMINATING AS MOOT PLAINTIFF'S PREVIOUSLY FILED MOTION FOR EAJA FEES AND COSTS (Doc. No. 13); AND (4) MAINTAINING THE TERMINATION OF THIS CASE ON THE COURT'S DOCKET**

---

This Social Security case is before the Court on the parties' joint stipulation for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $5,100.00 and no costs. Doc. No. 14. The parties agree that a total award of $5,100.00 satisfies all of Plaintiff's claims for fees, costs, and expenses under the EAJA in the instant case. *See id*. For good cause shown, the Court: (1) **GRANTS** the parties' joint stipulation; (2) **AWARDS** EAJA fees in the total amount of $5,100.00; and (3) **TERMINATES** as moot Plaintiff's previously filed motion for EAJA fees and costs. Doc. No. 13. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

    December 15, 2025                                        s/*Michael J. Newman*
                                                                               Hon. Michael J. Newman
                                                                               United States District Judge